UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

PEDRO ROSARIO CARRASQUILLO

Defendant(s).
----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 MJ -CR-2260 )( )

Defendant ___Pedro Rosario Carrasquillo___ hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_ Bail/Detention Hearing

___ Conference Before a Judicial Officer

s/ Pedro Rosario Carrasquillo
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

s/ Pedro Rosario Carrasquillo
Print Defendant's Name

s/ Jacqueline E. Cistaro
Defendant's Counsel's Signature

s/ Jacqueline E. Cistaro
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

3/10/21
Date

_____
U.S. District Judge/U.S. Magistrate Judge