

11 Broadway · Suite 615 · New York, NY 10004 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

_____

January 25, 2022

**VIA ECF**
Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

                ***Re: United States v. Pedro Rosario Carrasquillo, 21 Cr. 173 (LJL)***

Your Honor:

      I represent Pedro Rosario Carrasquillo in the above-referenced matter.  I write to request permission to submit a CJA interim voucher in connection with Mr. Carrasquillo's representation as I have already incurred meaningful attorney's fees with my work to date.  It would be extremely helpful should I be allowed to submit an interim CJA voucher as the accrued amount is greater than Ten Thousand Dollars ($10,000), in accordance with the CJA eVoucher Attorney's Manual.

      For the Court's convenience, I have included a "So Ordered" line should the Court grant my request.  Thank you for your time and consideration.

                                          Respectfully submitted,

                                          s/ Jacqueline E. Cistaro, Esq.

cc:    All Counsel of Record (*via ECF*)

SO ORDERED      _____  2/3/2022
                            Honorable Lewis J. Liman, U.S.D.J.