

11 Broadway · Suite 615 · New York, NY 10004 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

_____

April 11, 2022

*Via ECF*
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> REQUEST GRANTED.
> Defense submission due by May 31, 2022.  Government submission due by June 7, 2022.  The Sentencing hearing previously set for April 28, 2022 is rescheduled to June 15, 2022 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse.  No further extensions will be granted.
>
> 4/12/2022   SO ORDERED.
> [signature]
> LEWIS J. LIMAN
> United States District Judge

*Re: United States v. Ortiz-Molina, 21 Cr. 173 (LJL)*

Dear Judge Liman:

    I represent Pedro Rosario Carrasquillo in the above-referenced matter.  The defense is scheduled to submit our sentencing submission on or before April 14, 2022.  We are still in the process of collecting letters and respectfully request a 45 day extension for both parties to file sentencing submissions and an adjournment of the sentencing hearing.  The government consents to this request.

    Thank you for your time and consideration.

                                                Respectfully submitted,

                                                s/ Jacqueline Cistaro, Esq.

cc:    AUSA Jun Xiang (*via ECF and Electronic Mail*)