

325 Broadway · Suite 505 · New York, NY 10007 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

_____

May 25, 2022

**Via ECF**
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

REQUEST GRANTED in part.
Defense sentencing submission deadline extended to June 14, 2022. Government sentencing submission deadline extended to June 21, 2022. The Sentencing hearing previously set for June 15, 2022 is rescheduled to June 29, 2022 at 10:00AM in Courtroom 15C at the 500 Pearl Street Courthouse.

5/27/2022  SO ORDERED.

LEWIS J. LIMAN
United States District Judge

*Re: United States v. Ortiz-Molina, 21 Cr. 173 (LJL)*

Dear Judge Liman:

    I represent Pedro Rosario Carrasquillo in the above-referenced matter. The defense is scheduled to submit our sentencing submission on or before May 31, 2022. We are still in the process of collecting letters and drafting our sentencing memorandum. We respectfully request a 30 day extension for both parties to file sentencing submissions and an adjournment of the sentencing hearing. The government consents to this request.

    Thank you for your time and consideration.

                                              Respectfully submitted,

                                              s/ Jacqueline Cistaro, Esq.

cc:    AUSA Jun Xiang (*via ECF and Electronic Mail*)