

325 Broadway · Suite 505 · New York, NY 10007 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

_____

June 16, 2022

**Via ECF**
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

REQUEST GRANTED.
The deadline for defense to submit its sentencing submission is extended to June 20, 2022.

6/17/2022   SO ORDERED.
LEWIS J. LIMAN
United States District Judge

*Re: United States v. Ortiz-Molina, 21 Cr. 173 (LJL)*

Dear Judge Liman:

    I represent Pedro Rosario Carrasquillo in the above-referenced matter. The defense is scheduled to submit our sentencing submission today. We are respectfully requesting a brief extension to Monday, June 20, 2022. Counsel was unable to reach the government at the time of this application.

    Thank you for your time and consideration.

Respectfully submitted,

s/ Jacqueline Cistaro, Esq.

cc:   AUSA Jun Xiang (*via ECF and Electronic Mail*)