```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/19/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                          :
:
      -v-                                                       :
:    21-cr-173 (LJL)
PEDRO ROSARIO CARRASQUILLO,                                        :
:        ORDER
                    Defendant.                                  :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The motion for appointment of counsel, Dkt. No. 151, is denied for failure of Mr. Carrasquillo to show that he currently has a motion for compassionate release that is of substance, that requires substantial factual investigation, or that is complex. *See Hodge v. Police Officers*, 802 F.2d 58, 60–62 (2d Cir. 1986) *cert. denied*, 502 U.S. 986 (1991).

      SO ORDERED.

Dated: September 19, 2024
       New York, New York

                                                         LEWIS J. LIMAN
                                          United States District Judge